IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE (NATIONAL) CENTER FOR  :
  MINORITY BUSINESS RESEARCH
  AND DEVELOPMENT INC., a/k/a  :
  CMBRD INC.
DUNCAN VICTOR AYEMERE IDOKOGI:
  National President and CEO CMBRD
  Inc.  :

        v.  :  CIVIL ACTION NO. H-00-259

ENTERPRISE RENT-A-CAR COMPANY :
ANDREW C. TAYLOR, President/CEO
MICHAEL ZELLER, MANAGER  :
SALES AGENT PUNNAM
In Their Individual and Official  :
  Capacities

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE (NATIONAL) CENTER FOR  :
  MINORITY BUSINESS RESEARCH
  AND DEVELOPMENT INC., a/k/a  :
  CMBRD INC.
DUNCAN VICTOR AYEMERE IDOKOGI:
  National President and CEO CMBRD
  Inc.  :
Individually and Class Representative
                                   :
        v.  CIVIL ACTION NO. H-00-347
                                   :
HYATT REGENCY
THOMAS J. PRITZKER, Chairman  :
DOUGLAS G. GEOGA, Partner
SCOTT D. MILLER, President
ANDRE STREET, Hyatt Security

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **ORDER**

In accordance with the foregoing Memorandum, IT IS this 11th day of Feb, 2000 by this Court hereby **ORDERED**:

1. That the above-captioned cases **ARE CONSOLIDATED** for the purpose of preliminary review;

2. That the above-captioned cases **ARE DISMISSED WITHOUT PREJUDICE**;

3. That the Clerk of Court **CLOSE** both cases;

4. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to plaintiff at the East Fayette Street address listed in the complaint; and

5. That the Clerk of Court **MAIL** courtesy copies of the foregoing Memorandum and Order to Attorney James V. Cunningham, 930 Truro Lane, Crofton, Maryland 21114-1204; to Thomas G. Pritzker, % Hyatt Regency of Baltimore, 300 Light Street, Baltimore, Maryland 21201; and to Andrew C. Taylor, % Enterprise Rent-A-Car 10 West Susquehann Avenue, Towson, Maryland 21204.

_____
Alexander Harvey II
Senior United States District Judge